UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-21-1BO

FILED
JUL - 8 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| JAMES FULLER | ) | |

This matter having come before the court for hearing by oral motion, came to be heard, and was heard, before the undersigned United States District Judge, upon oral motion of the defendant, and with the consent of the Government, seeking leave to continue the arraignment and trial.

For good cause shown, it is hereby **ORDERED** this matter is continued until the Court's _mid August_, 2010 term of court.

It is further ORDERED that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

This 8th day of July, 2010.

TERRENCE W. BOYLE
United States District Judge